# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PARAMOUNT FINANCIAL SERVICES, INC. D/B/A LIVE ABUNDANT, EMRON ANDREW, AARON ANDREW, KARL NELSON, JEREMY WATSON, SHAREE ANDREW, GREGORY DUCKWITZ, AND J. SCOTT REYNOLDS,<br><br>Defendants. | **ORDER GRANTING CONSENT MOTION TO EXTEND DEADLINE**<br><br>Case No.: 2:21-cv-00585<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Dustin B. Pead |

The Court, having reviewed Defendants' unopposed Motion to Extend Deadline, and for good cause shown, hereby GRANTS the motion. (ECF No. 37.) The deadline for fact discovery is extended until **December 9, 2022,** for the limited purpose of completing the fact witness depositions identified in Defendant's Motion. All other deadlines established by the Scheduling Order remain in effect.

Dated this 26th day of October, 2022.

BY THE COURT:

_____
Magistrate Judge Dustin B. Pead
U.S. District Court