**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PARAMOUNT FINANCIAL SERVICES, INC. D/B/A LIVE ABUNDANT, EMRON ANDREW, AARON ANDREW, KARL NELSON, JEREMY WATSON, SHAREE ANDREW, GREGORY DUCKWITZ, AND J. SCOTT REYNOLDS,<br><br>Defendants. | **ORDER GRANTING MOTION TO CONTINUE SCHEDULING CONFERENCE DEADLINE**<br><br>CASE NO: 2:21-cv-00585<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Dustin B. Pead |

The Court, having reviewed the parties' Motion to Continue the Scheduling Conference Deadline, and for good cause shown, hereby GRANTS the motion. (ECF No. 43.) The deadline to request a scheduling conference is extended until **fourteen days** following the entry of the Court's ruling on the parties' pending motions for summary judgment. All other deadlines established by the Scheduling Order remain in effect.

Dated this 1st day of March, 2023.

BY THE COURT:

_____
Dustin B. Pead, U.S. Magistrate Judge